# In The United States Court of Federal Claims

No. 11-128C

(Filed:  March 2, 2011)

_____

VALLEY REALTY COMPANY,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On February 28, 2011, plaintiff filed its complaint.  Pursuant to RCFC 42(a), the Clerk is directed to consolidate this case with the previously filed matter, No. 10-242C.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra  
                                                Francis M. Allegra  
                                                Judge